UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Horizon Global Corporation, *et al.*, <br><br> Defendants. | **Case No. 1:17-cv-04129** <br><br> Honorable Sara L. Ellis |

**Notice of Voluntary Dismissal of Action Without Prejudice**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, hereby dismiss this action without prejudice.

DATED: August 23, 2017        PAYNE & FEARS LLP

                    /s/ C. Darryl Cordero
                    C. Darryl Cordero
                    1100 Glendon Avenue, Suite 1250
                    Los Angeles, CA 90024
                    Telephone: (310) 689-1750

                    Attorneys for Plaintiffs Craftwood II, Inc.,
                    and Craftwood III, Inc., on behalf of themselves
                    and all others similarly situated