# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Craftwood II, Inc., et al.

                              Plaintiff,

v.                                                         Case No.: 1:17−cv−04129
                                                               Honorable Sara L. Ellis

Horizon Global Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: In light of notice of voluntary dismissal of action without prejudice, the Court dismisses this action without prejudice and terminates all outstanding motions. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.